GEORGE W. YOUNG, Respondent, *v.* UNITED STATES
MORTGAGE AND TRUST COMPANY, Appellant.

*Young v. U. S. Mortgage & Trust Co.*, 179 App. Div. 678, affirmed.
(Argued April 30, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered November 23, 1917, affirming a judgment in
favor of plaintiff entered upon a verdict. The action
was brought to recover the sum of $158,260.51 on a
contract alleged to have been made between the plaintiff
and the defendant on June 22, 1899, by which the
defendant, in consideration of the services to be rendered
by the plaintiff to the defendant as its president, agreed
to pay him in addition to his fixed salary, as president,
a sum equal to five per cent of the net profits realized
by the defendant on its business. The answer denied
the alleged contract, as well as its performance by the
plaintiff.

*William D. Guthrie* and *Spotswood D. Bowers* for
appellant.

*John C. Tomlinson, D-Cady Herrick* and *Austen G.
Fox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: COLLIN, CUDDEBACK, HOGAN, CRANE and
ANDREWS, JJ. Not voting: CHASE, J. Not sitting:
McLAUGHLIN, J.